**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEPHAN G. WELCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:10CV131SNLJ(TCM)** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner

of Social Security's decision be and is **AFFIRMED**.


　　Dated this ___12th___ day of January, 2011.


_____
UNITED STATES DISTRICT JUDGE